IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Equal Employment Opportunity Commission, ) ) ) Plaintiff, ) ) and ) ) Vickie Clark, et al., ) ) Plaintiff-Intervenors, ) ) vs. ) ) 2098 Restaurant Group, LLC, et al., ) ) Defendants. ) | No. 17-CV-1002-DRH-DGW |

## Stipulation of Dismissal

Under Rule 41(a), Plaintiff-Intervenors dismiss their claims with prejudice against all defendants. The parties have resolved their differences. Each party shall bear his, her, or its own costs and attorneys' fees.

          s/Ferne P. Wolf
          Ferne P. Wolf, 6209237
          fw@sowerswolf.com
          D Eric Sowers, Mo 24970
          es@sowerswolf.com
          Jill A. Silverstein, Mo 34433
          js@sowerswolf.com
          Joshua M. Pierson, 6313729
          jp@sowerswolf.com
          Sowers & Wolf, LLC
          530 Maryville Centre Dr., Suite 460
          St. Louis, MO 63141
          314 744-4010/ 314 744-4026 (fax)

s/Edward W. Unsell (by consent)
Edward W. Unsell, 3124228
Joshua R. Evans, 6318288
The Unsell Law Firm, P.C.
69 S. 9th Street
East Alton, Illinois 62024
office@unselllaw.com
618 259-3728

s/Jennifer L. Arendes (by consent)
Jennifer L. Arendes
Equal Employment Opportunity
Commission - St. Louis, MO
1222 Spruce Street
Room 8.100
St. Louis, MO 63103
314-539-7916
Fax: 314-539-7895
Email: jennifer.arendes@eeoc.gov

s/Philip C. Graham (by consent)
Philip C. Graham
Sandberg, Phoenix et al. - St. Louis
600 Washington Avenue
15th Floor
St. Louis, MO 63101-1313
314-231-3332
Fax: 314-241-7604
Email: pgra-
ham@sandbergphoenix.com

s/Kimberly Reints Blair (by consent)
Daniel E. Tranen
Kimberly Reints Blair
Wilson Elser, et al - Edwardsville
101 West Vandalia Street
Suite 220
Edwardsville, IL 62025
618-307-4895
Fax: 618-307-0221
Email: daniel.tranen@wilsonelser.com

                    Email: kimbery.blair@wilsonelser.com
                    <u>s/ Alexis M. Dominguez (by consent)</u>
                    Alexis M. Dominguez
                    Neal Gerber & Eisenberg LLP
                    Two North LaSalle Street
                    Suite 1700
                    Chicago, IL 60602
                    312-269-8476
                    Fax: 312-429-3518
                    Email: adominguez@nge.com

I hereby certify that on September 22, 2018, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the all registered attorneys.

                                    <u>/s / Ferne P. Wolf</u>