UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff, and

VICKIE CLARK, et al.,

      Plaintiff-Intervenors,

      No. 17-cv-1002-DRH-DGW

v.

2098 RESTAURANT GROUP, LLC, et al.,

      Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Consent Decree (Doc. 169) and Stipulations of Dismissal (Docs. 166 and 171), this case is **DISMISSED with prejudice**. Each party shall bear his, her, or its own costs and attorneys' fees.

THOMAS L. GALBRAITH,
ACTING CLERK OF COURT

BY:   /s/ *Alex Francis*
         **Deputy Clerk**

APPROVED:

Judge Herndon
2018.09.25
13:36:00 -05'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT